1 Daniel J. Kelly (Bar No. 145088)
  HAIGHT BROWN & BONESTEEL LLP
2 71 Stevenson Street, 20th Floor
  San Francisco, California 94105-2981
3 Telephone: 415.546.7500
  Facsimile: 415.546.7505
4
5 Attorneys for Defendant NEWPORT NEWS
  SHIPBUILDING AND DRY DOCK COMPANY
6
7
8               UNITED STATES DISTRICT COURT
9               NORTHERN DISTRICT OF CALIFORNIA
10              SAN FRANCISCO DIVISION

11 ALICE M. DAWSON,                    ) Case No. C 96 4160
                                       )
12         Plaintiff,                  ) SUBSTITUTION OF ATTORNEY
                                       )
13     v.                              )
                                       )
14 RAYBESTOS-MANHATTAN,                )
   INCORPORATED., et al,               )
15                                     )
           Defendant.                  )
16 _____)

17    Defendant Newport News Shipbuilding and Dry Dock Company hereby substitutes
18 retained counsel Daniel J. Kelly (Bar No. 145088) of Haight Brown & Bonesteel LLP, 71
19 Stevenson Street, 20th Floor, San Francisco, California 94105-2981, Telephone: (415)
20 546-7500, Facsimile: (415) 546-7505 as attorney of record in place and stead of Lawrence
21 E. Butler, Seyfarth Shaw LLP.

22 Dated: March 18, 2008                NEWPORT NEWS SHIPBUILDING AND
                                        DRY DOCK COMPANY
23
24                                      By: _____
25                                            Cynthia R. Thompson
26 ///
27 ///
28 ///

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

NG06-0000053
3027607.1

1

Case No. C 96 4160
SUBSTITUTION OF ATTORNEY

I consent to the above substitution.

Dated: April 5, 2008                                SEYFARTH SHAW LLP

By: _____
Lawrence E. Butler
Present Attorneys for Defendant
NEWPORT NEWS SHIPBUILDING
AND DRY DOCK COMPANY

I am duly admitted to practice in this District and accept the above substitution.

Dated: March 28, 2008                               HAIGHT BROWN & BONESTEEL LLP

By: _____
Daniel J. Kelly
New Attorneys for Defendant
NEWPORT NEWS SHIPBUILDING
AND DRY DOCK COMPANY

**Substitution of Attorney is hereby approved.**

Dated: __April 15, 2008_____                   _____
                                                    United States Magistrate Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

NG06-0000053
3027607.1

2

Case No. C 96 4160
SUBSTITUTION OF ATTORNEY